UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

VNE CORPORATION,

                          Plaintiff,

          -against-                                    **RULE 7.1**

M/V "APL CHINA", her engines, boilers, etc.,           08 CIV. 7174 ( PKC )
and EVERGREEN LOGISTICS CORPORATION
and ROUND-THE-WORLD LOGISTICS (U.S.A.)
CORP.,

                          Defendants.

----------------------------------------------------------X

     Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to

enable judges and magistrates of the court to evaluate possible disqualification of recusal, the

undersigned attorney of record for Plaintiffs certifies that the following are corporate parents,

subsidiaries, or affiliates of that party:

                          NONE

Dated: New York, New York
       August 11, 2008

                                   William R. Connor III (WC-4631)